# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garrett Cooper, | No. CV-18-02420-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Transtyle Incorporated, et al., | |
| Defendants. | |

On October 22, 2018 the Court held a Rule 16 Scheduling Conference. The Joint Proposed Pretrial Order was to be lodged by January 27, 2020. The Pretrial Conference was set on February 3, 2020 and a Jury Trial was set on February 11, 2020. The parties having failed to lodge the Joint Proposed Pretrial Order;

IT IS ORDRERED that counsel for Plaintiff show cause in writing within 7 days from the date of this Order why this case should not be dismissed.

IT IS FURTHER ORDERED that is counsel fails to show cause in writing within 7 days from the date of this Order this case will be dismissed without further notice.

IT IS FURTHER ORDERED vacating the Pretrial Conference and the Trial.

Dated this 28th day of January, 2020.

Susan R. Bolton
United States District Judge